CEM

FILED

2008 FEB -7 AM 9:04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Magistrate's Case No.** '08 MJ 03 48 |
| vs. | COMPLAINT FOR VIOLATION OF |
| **Jose BLANCO-Ulloa** | 21 U.S.C. 952 and 960 |
| **Defendant** | Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about February 6, 2008, within the Southern District of California, defendant Jose BLANCO-Ulloa did knowingly and intentionally import approximately 11.50 kilograms (24.31 pounds) of methamphetamine, a Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]

Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 7th day of February, 2008.

[signature]

United States Magistrate Judge

CEM

United States of America
VS.
**Jose BLANCO-Ulloa**

STATEMENT OF FACTS

On February 6, 2008, at approximately 0600 hours, Jose BLANCO-Ulloa attempted entry into the United States from Mexico through the San Ysidro Port of Entry, San Diego, California. BLANCO was the driver and registered owner of a 1992 Toyota Pickup truck bearing Baja California license plate AM27101. A U.S. Customs and Border Protection (CBP) Officer made contact with BLANCO during primary inspections. BLANCO presented the CBP Officer with his Border Crossing Card. The CBP Officer asked BLANCO where he was going. BLANCO told him that he was going to Home Depot in San Ysidro, CA. The CBP Officer then inquired who the registered owner of the vehicle was. BLANCO stated that he has been the owner for the last two (2) days. BLANCO and the vehicle were referred to the secondary lot for further inspection.

A CBP Canine Enforcement Officer was requested to screen the Toyota truck with his Narcotic Detector Dog (NDD). The NDD alerted to a narcotic odor coming from the dash.

In the vehicle secondary area, a total of 13 containers containing approximately 11.50 kilograms (24.31 pounds) of methamphetamine were found concealed behind the glove box of the vehicle. A presumptive test of the contents of one (1) of the thirteen (13) packages revealed a positive reaction to the presence of methamphetamine.

BLANCO waived his Constitutional rights and admitted knowledge to the drugs found in the vehicle and stated he was being paid $800 to cross the drug-laden vehicle into the United States.

CEM

BLANCO was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance and was booked into the Metropolitan Correctional Center, San Diego, CA.